EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Heriberto Torres Villanueva | 2007 TSPR 1 <br><br> 169 DPR _____ |

Número del Caso: TS-6648

Fecha: 5 de enero de 2007

Abogado de la Parte Peticionaria:

        Lcdo. Virgilio Mainardi Peralta

Oficina de Inspección de Notarías:

        Lcda. Carmen H. Carlos
        Directora

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Heriberto Torres Villanueva          TS-6648

RESOLUCIÓN

San Juan, Puerto Rico, a 5 de enero de 2007.

Habiendo transcurrido el término de suspensión de tres (3) meses del ejercicio de la notaría del Lcdo. Heriberto Torres Villanueva, decretado mediante Opinión Per Curiam y Sentencia de fecha 20 de junio de 2006, y en vista de que la Oficina de Inspección de Notarías nos ha informado que aprobó la obra notarial el 24 de octubre de 2006, se accede a la Moción de Reinstalación de éste al ejercicio de la notaría, a partir de la notificación de la presente Resolución

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. La Juez Asociada señora Rodríguez Rodríguez no intervino.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina